Lisa S. Kantor, State Bar No. 110678
*lkantor@kantorlaw.net*
Timothy J. Rozelle, State Bar No. 298332
*trozelle@kantorlaw.net*
KANTOR & KANTOR, LLP
19839 Nordhoff Street
Northridge, CA 91324
Tel: (818) 886-2525; Fax: (818) 350-6272

Steven C. Dawson, Arizona State Bar No. 006674 (*admitted pro hac vice*)
*sdawson@dawsonandrosenthal.com*
Anita Rosenthal, Arizona State Bar No. 006199 (*admitted pro hac vice*)
*arosenthal@dawsonandrosenthal.com*
DAWSON & ROSENTHAL, P.C.
25 Schnebly Hill Road
Sedona, AZ 86336
Tel: (928) 282-3111; Fax: (928) 282-3126

Attorneys for Plaintiffs, Dual Diagnosis Treatment Center, Inc., Satya Health of California, Inc., Adeona Healthcare, Inc., Sovereign Health of Florida, Inc., Sovereign Health of Phoenix, Inc., Sovereign Health of Texas, Inc, Shreya Health of Florida, Inc., Shreya Health of Arizona, Inc., Vedanta Laboratories, Inc.

KANTOR & KANTOR LLP
19839 Nordhoff Street
Northridge, California 91324
(818) 886 2525

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DUAL DIAGNOSIS TREATMENT CENTER, INC., a California corporation, et al.,<br><br>Plaintiffs,<br><br>vs.<br><br>HEALTH NET LIFE INSURANCE COMPANY, et al.<br><br>Defendants. | Case No.: 8:23-cv-00208-SB-PVC<br><br>**STIPULATION RE DISMISSAL WITHOUT PREJUDICE** |

KANTOR & KANTOR LLP
19839 Nordhoff Street
Northridge, California 91324
(818) 886 2525

Plaintiffs and Defendants, through their respective counsel and subject to the approval of this Court, hereby stipulate as follows:

1. WHEREAS, on February 1, 2023, Plaintiffs filed their Complaint alleging two causes of action under RICO; and

2. WHEREAS, the parties have agreed to dismiss this action without prejudice pursuant to a tolling agreement to conserve party and judicial resources during the litigation of the related state court action;

NOW THEREFORE, the parties hereby stipulate and agree that this action be dismissed without prejudice.

The parties request that this Court enter an order dismissing this action without prejudice.

Dated: July 13, 2023

**KANTOR & KANTOR, LLP**
LISA S. KANTOR
TIMOTHY J. ROZELLE

By: */s/ Lisa S. Kantor*
Lisa S. Kantor,Esq.
Timothy J. Rozelle, Esq.
Attorneys for Plaintiffs

Dated: July 13, 2023

**WILLIAMS & CONNOLLY LLP**

By: */s/ Steven M. Cady*
Steven M. Cady, Esq.
Attorneys for Defendants
Centene Corporation, Michael Neudorf, Health Net Life Insurance Company, Managed Health Network, Inc.

Dated: July 13, 2023

**CROWELL & MORING LLP**

By: */s/ Jennifer S. Romano*
Jennifer S. Romano, Esq.
Danielle P. Richards, Esq..
Attorneys for Defendants
Optum Services, Inc.