KANTOR & KANTOR LLP
19839 Nordhoff Street
Northridge, California 91324
(818) 886 2525

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

DUAL DIAGNOSIS TREATMENT CENTER, INC., a California corporation; SATYA HEALTH OF CALIFORNIA, INC., a California corporation; ADEONA HEALTHCARE, INC., a California corporation; SOVEREIGN HEALTH OF FLORIDA, INC., a Delaware corporation; SOVEREIGN HEALTH OF PHOENIX, INC., a Delaware corporation; SOVEREIGN HEALTH OF TEXAS, INC., a Delaware corporation; SHREYA HEALTH OF FLORIDA, INC., a Florida corporation; SHREYA HEALTH OF ARIZONA, INC. an Arizona corporation, and VEDANTA LABORATORIES, INC., a Delaware corporation,

Plaintiffs,

vs.

HEALTH NET LIFE INSURANCE COMPANY, a California corporation;

OPTUM SERVICES, INC., a Delaware corporation,

Defendants.

Case No.: 8:23-cv-00208-SB-PVC

**[PROPOSED] ORDER DISMISSING ACTION WITHOUT PREJUDICE**

On stipulation of the parties, and good cause appearing, the Court hereby dismisses this action without prejudice.

Dated: <Select>

Stanley Blumenfeld, Jr.
United States District Judge