JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DUAL DIAGNOSIS TREATMENT CENTER, INC., a California corporation; SATYA HEALTH OF CALIFORNIA, INC., a California corporation; ADEONA HEALTHCARE, INC., a California corporation; SOVEREIGN HEALTH OF FLORIDA, INC., a Delaware corporation; SOVEREIGN HEALTH OF PHOENIX, INC., a Delaware corporation; SOVEREIGN HEALTH OF TEXAS, INC., a Delaware corporation; SHREYA HEALTH OF FLORIDA, INC., a Florida corporation; SHREYA HEALTH OF ARIZONA, INC. an Arizona corporation, and VEDANTA LABORATORIES, INC., a Delaware corporation, <br><br> Plaintiffs, <br><br> vs. <br><br> HEALTH NET LIFE INSURANCE COMPANY, a California corporation; <br><br> OPTUM SERVICES, INC., a Delaware corporation, <br><br> Defendants. | Case No. 8:23-cv-00208-SB-PVC <br><br> **ORDER DISMISSING ACTION WITHOUT PREJUDICE** |

On stipulation of the parties, Dkt No. 62, the Court hereby dismisses this action without prejudice.

Dated: July 14, 2023

_____
Stanley Blumenfeld, Jr.
United States District Judge

1